IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

TYLER DIVISION

| | | |
|---|---|---|
| DANIEL LEE BARNETT | § | |
| v. | § | CIVIL ACTION NO. 6:14cv166 |
| STUART CALHOUN, ET AL. | § | |

<u>MEMORANDUM ADOPTING REPORT AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE
AND ENTERING FINAL JUDGMENT</u>

The Plaintiff Daniel Barnett, proceeding *pro se*, filed this civil rights lawsuit along with two other prisoners complaining of alleged violations of his constitutional rights. This Court ordered that the case be referred to the United States Magistrate Judge pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to United States Magistrate Judges.

The claims of the three plaintiffs were severed into individual actions. Barnett was ordered to file an amended complaint setting out his personal claims, and to pay the filing fee or file an application for leave to proceed *in forma pauperis* along with a certified data sheet. When Barnett did not comply, the magistrate judge issued a report recommending that the lawsuit be dismissed. Barnett received a copy of this report but filed no objections; accordingly, he is barred from *de novo* review by the district judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Automobile Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

The Court has reviewed the pleadings in this cause and the report of the magistrate judge. Upon such review, the Court has determined that the report of the magistrate judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243

(1989) (where no objections to a magistrate judge's report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law.")  It is accordingly

    **ORDERED** that the report of the magistrate judge (docket no. 4) is hereby **ADOPTED** as the opinion of the District Court.  It is further

    **ORDERED** that the above-styled civil action be and hereby is **DISMISSED WITHOUT PREJUDICE** for failure to prosecute or to obey an order of the Court.  It is further

    **ORDERED** that any and all motions which may be pending in this action are hereby **DENIED**.

    **SIGNED this 12th day of February, 2015.**

                                            MICHAEL H. SCHNEIDER
                                            UNITED STATES DISTRICT JUDGE